■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN HERNANDEZ, Appellant. [655 NYS2d 344] —Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered July 21, 1994, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $4^{1}/_{2}$ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. The totality of the facts and the inferences flowing therefrom (see, People v Norman, 85 NY2d 609, 620-622), support a finding that defendant sold heroin to the apprehended buyer. We find no basis upon which to disturb the jury's credibility determinations. Concur—Rosenberger, J. P., Ellerin, Tom and Mazzarelli, JJ.

■ In the Matter of RAYMOND B., a Person Alleged to be a Juvenile Delinquent, Appellant. [655 NYS2d 343] —Order of disposition, Family Court, Bronx County (Marjory Fields, J.), entered on or about March 7, 1996, which adjudicated respondent a juvenile delinquent, following a fact-finding determination that he had committed acts which, if committed by an adult, would constitute the crimes of attempted robbery in the third degree, jostling, attempted assault in the third degree and menacing in the third degree, and placed him with the Division for Youth for 18 months, unanimously affirmed, without costs.

The court's findings were not against the weight of the evidence. The court properly considered identification and alibi issues and we see no reason to disturb its factual findings (see, People v Gaimari, 176 NY 84, 94).

Respondent's remaining contentions are without merit. Concur—Rosenberger, J. P., Ellerin, Tom and Mazzarelli, JJ.